<u>PRETRIAL REPORT AND ORDER</u>

DATE PRETRIAL HELD:  November 27, 2002         NO.  02-6001

CASE CAPTION: LANG
              V
              EDUCATION COMMISSION

1. TRIAL COUNSEL            FOR PLAINTIFF: S. DION

                            FOR DEFENDANT: S. BOUCHARD

2. STATUS OF CASE:   PLAINTIFF DEMANDS $50,000.  PLAINTIFF WILL SET TELEPHONE CONFERENCE 12/6/02 AT 10:00.

3. TRIAL DATE:

4. JURY/NONJURY:

5. PRETRIAL MEMORANDA AND POINTS FOR CHARGE OR PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW:

        PLAINTIFF    :
        DEFENDANT(S):

NOTE:  ALL DOCUMENTS, PHOTOS, ETC. ARE TO BE MARKED BEFORE TRIAL AND A COPY GIVEN TO OPPONENT(S), OR OPPONENT(S) BE ALLOWED TO COPY THEM.

POINTS FOR CHARGE ARE TO BE SUBMITTED IN DUPLICATE - EACH POINT ON A SEPARATE PAGE.

Copy forwarded to counsel listed above.

                                SO ORDERED:


                                _____
                                CHARLES R. WEINER