```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
LANG                            :
                                :
                                :
          VS.                   :   C.A. NO. 02-6001
                                :
EDUCATIONAL COMMISSION          :
```

BEFORE WEINER, J.

AND NOW, this 30th day of July 2003, the above-entitled matter is **DISMISSED WITHOUT PREJUDICE**.  The case is to remain in status quo and the Statute of Limitations is tolled.

**This matter remains ACTIVE**.  It is further understood that all discovery and settlement discussions will continue and if intervention by the Court is needed or desired, the parties may ask for assistance by either filing the appropriate motions, writing to the Court or by setting a telephone conference.  The parties shall keep the Court advised of the status of this case and may request reinstatement and a firm trial date should settlement efforts fail.

ATTEST:                                  OR     BY THE COURT:


BY_____         _____
       COURT ROOM DEPUTY                  Charles R. Weiner, SJ
       Sheila M. Jeffers