## EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCELLA LANG, | CIVIL ACTION |
| | NO. 02-CV-6001 |
| Plaintiff, | |
| v. | |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Parties to this action stipulate to the dismissal with prejudice of all claims by Plaintiff MARCELLA LANG against EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRAUDATES, each party to bear her/its own fees and Costs.

For Plaintiff:

Samuel A. Dion, Esquire
Dion & Goldberger
1515 Locust Street, 10th Floor
Philadelphia, PA 19102

(215)546-6033

Dated: 11/21/05

For Defendants:

Sarah E. Bouchard
Jonathan S. Krause
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5077/5510

Dated: 11/29/05

## CERTIFICATE OF SERVICE

I, Jonathan S. Krause, hereby certify that a true and correct copy of Stipulation of Dismissal with Prejudice was served by first class, United States mail this 29th day of November, 2005, upon the following:

>Samuel A. Dion, Esquire
>Dion & Goldberger
>1515 Locust Street, 10th Floor
>Philadelphia, PA  19102

>*[signature]*
>Jonathan S. Krause